UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　-vs-<br><br>TRAVIS WEASEL,<br>　　　　Defendant. | 10-cr-10017<br><br>ORDER TO COMPLY WITH<br>THE DUE PROCESS<br>PROTECTIONS ACT |

　　　　Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence -- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

　　　　Dated November 6, 2020 at Aberdeen, South Dakota.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　William D. Gerdes
　　　　　　　　　　　　　　　　　　　　　　　　US Magistrate Judge